FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 18 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 13-CR-00146-RMP-2 |
| vs. | Order to Quash Arrest Warrant |
| KIMBERLY JEFFREYS, | |
| Defendant. | |

THIS MATTER coming before the court upon motion by the United States for an order to quash arrest warrant, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Arrest Warrant issued on September 18, 2013, is hereby quashed.

DATED this 18TH day of September, 2013.

John T. Rodgers
United States Magistrate Judge

Order to Quash Arrest Warrant - 1
P30918rc.smb.wpd