UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KIMBERLY JEFFREYS,<br><br>    Defendant. | NO: 13-CR-146-RMP-2<br><br>ORDER DISMISSING INDICTMENT WITH PREJUDICE |
|---|---|

   Defendant Kim Jeffreys pleaded guilty to Count 1 of the Information Superseding Indictment in a companion case, Case No. 13-CR-12-RMP.  Pursuant to the Plea Agreement in that case, the Government agreed to dismiss all remaining charges pending against Defendant Kim Jeffreys in this case following sentencing. ECF No. 452 in Case No. 13-CR-12-RMP.

   Ms. Jeffreys was sentenced in Case No. 13-CR-12-RMP on July 29, 2014. At the conclusion of Defendant Kim Jeffreys' sentencing, the Government made an oral motion to dismiss all remaining charges in Case No. 13-12 and all charges

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 1

1  in this case, pursuant to Federal Rule of Criminal Procedure 48(a).  The Court
2  granted the oral motion.  This Order is intended to memorialize the Court's oral
3  ruling granting the Government's motion to dismiss the indictment with prejudice
4  pursuant to Rule 48(a).
5       Accordingly, **IT IS HEREBY ORDERED** that the Government's oral
6  motion to dismiss the indictment is **GRANTED**.  The Indictment entered in this
7  case on September 18, 2013, is **DISMISSED WITH PREJUDICE** as to
8  Defendant Kim Jeffreys.
9       The District Court Clerk is directed to enter this Order, to provide copies to
10 counsel, and to **close this case**.
11      **DATED** this 29th day of July 2014.

   *s/ Rosanna Malouf Peterson*
   ROSANNA MALOUF PETERSON
   Chief United States District Court Judge